**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Joan McCarthy, M.D.

    Plaintiff,

v.                                                               CASE NO:

Unum Group Corporation

    Defendant.
_____/

**COMPLAINT**

Plaintiff, Joan McCarthy, M.D. ("Dr. McCarthy"), by and through undersigned counsel, and hereby sues Defendant, Unum Group Corporation ("Insurer"), and states as follows:

**The Parties, Venue and Jurisdiction**

1. This is an action for damages in excess of $75,000 exclusive of interest, costs and attorneys' fees.

2. Plaintiff, Dr. McCarthy, is an individual who resides in Pasco County, Florida.

3. Defendant, Insurer, is a foreign corporation domiciled in Tennessee whose principal offices are located at 1 Fountain Square, Chattanooga, TN 37402.

4. Insurer issued a disability insurance policy to Dr. McCarthy in Tampa, Hillsborough County, Florida.

5. Dr. McCarthy brings this complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

6. All conditions precedent to the institution of this action have occurred, been waived, executed or performed.

7. Venue is proper in Hillsborough County in that the Insurer regularly conducted business in Hillsborough County, Florida and has agents and/or other representatives in Hillsborough County, Florida and a substantial part of the events giving rise to the claim occurred in Hillsborough County, Florida.

8. Dr. McCarthy has engaged the services of the undersigned attorney to represent it in this matter and has agreed and obligated itself to pay said firm a reasonable fee.

## Count I- Breach of Contract

9. Dr. McCarthy re-alleges and re-avers paragraphs 1-8 as if fully set forth herein.

10. On or about March 2, 2020, Insurer issued a Claims-Made Professional Liability Policy which insured Dr. McCarthy (the "Policy.")  A true and correct copy of the same is attached hereto as Exhibit "A."

11. The Policy provides that Insurer will pay benefits to Dr. McCarthy for covered loss resulting from injury or sickness.

12. On or about February 11, 2020, Dr. McCarthy sustained an injury to her right index finger while riding on her bicycle.

13. Dr. McCarthy's finger was entirely displaced by the injury and, as such, Dr. McCarthy was not able to continue her work as a gynecologist and was forced to retire.

14. On or about February 21, 2020, Dr. McCarthy filed a claim with Insurer.

15. After extensive review, on or about September 4, 2020, Insurer provided Dr. McCarthy with notice that her claim had been approved.  A copy of the correspondence approving the claim is attached hereto as Exhibit "B."

16. On or about July 26, 2021, Insurer sent correspondence to the undersigned as counsel for Dr. McCarthy which stated that Insurer was reversing its approval for benefits because Insurer

determined that Dr. McCarthy was no longer injured under the terms of the Policy. A true and accurate copy of the correspondence rescinding benefits is attached as Exhibit "C."

17. On or about January 18, 2022, Dr. McCarthy, via the undersigned counsel, filed her appeal of the decision to cease benefits. A true and accurate copy of Dr. McCarthy's Notice of Appeal is attached hereto as Exhibit "D."

18. To date, Dr. McCarthy continues to be permanently disabled in her occupation and profession as an ob/gyn surgeon.

19. Despite Dr. McCarthy's submission of appeals and relevant information supporting her continued disability, Insurer has refused to pay benefits pursuant to the Policy.

20. Insurer's refusal to pay such benefits constitutes a breach of the Policy.

21. As a result of Insurer's breach of the Policy, Dr. McCarthy has suffered damages including, but not limited to, the amount of benefits allowable under the Policy.

22. Dr. McCarthy is entitled to an award of reasonable attorneys fees, costs and expenses pursuant to Section 627.428, Florida Statutes.

WHEREFORE, Plaintiff, Joan McCarthy, M.D. demands judgment for all damages incurred including reasonable attorneys' fees and costs and for any and all relief deemed appropriate under the circumstances.

> WALTERS LEVINE & DEGRAVE
> 601 Bayshore Boulevard, Suite 720
> Tampa, Florida  33606
> Phone:  (813) 254-7474
> Fax:  (813) 254-7341
> Attorneys for Plaintiff
>
> /s/ Stuart Jay Levine
> STUART JAY LEVINE
> Florida Bar No:  835994