**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 8:22-cv-00783

Joan McCarthy,

 Plaintiff,

v.

Provident Life Insurance Co.,
        Defendant.

_____/

**MEDIATION REPORT**

Pursuant to the Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on May 17, 2023, at the mediation conference:

( xx ) Plaintiff/Counsel Appeared          (  ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared        (  ) Defendant/Counsel did not Appear

<u>PLAINTIFF'S ATTORNEY/FIRM</u>:
Stuart Jay Levine, Esq.
Walters Levine & Degrave
601 Bayshore Boulevard, Suite 720
Tampa, FL 33606

Henry Valenzuela, Esq.
Valenzuela Law
100 N Tampa St., Suite 2350
Tampa, FL 33602

<u>DEFENDANT'S ATTORNEY/FIRM</u>:
John E. Meagher, Esq.
Shutts & Bowen LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131

**RESULTS**:

( xx )    Full Settlement Agreement

                                                     /s/ Jack L Townsend, Sr.
                                             Jack L. Townsend, Sr., Mediator
                                             Law Office of Jack L. Townsend, Sr., P.A.
                                             6408 E Fowler Ave., Tampa, FL 33617